**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



**Dated:  December 19 2019**

Mary Ann Whipple
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### TOLEDO DIVISION

In Re:

Phillip T. Thomas
Betty J. Thomas

Debtors.

Case No. 18-32733

Chapter 13

Judge Mary Ann Whipple

**ORDER GRANTING MOTION OF U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES IV FOR RELIEF FROM STAY (Doc. 109)**

**4414 EASTWAY STREET, TOLEDO, OH 43612**

This matter came before the Court on the Motion for Relief from Stay (the 'Motion') filed by U.S. Bank Trust National Association, as Trustee of the Lodge Series IV Trust ('Movant') at Docket No. 109.  Movant has alleged that good cause for granting the Motion exists, and that the Debtors, counsel for the Debtors, the Chapter 13 Trustee and all other

necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE ORDERED that the Motion is granted. The automatic stay imposed by §362 of the Bankruptcy Code regarding the Personal Property known as 4414 EASTWAY STREET, TOLEDO, OH 43612 is terminated with respect to Movant, its successors and assigns.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Movant on its claim under the Chapter 13 Plan filed by the Debtors. Movant is directed to file a report of sale promptly following liquidation of the property located at 4414 EASTWAY STREET, TOLEDO, OH 43612 (the "Collateral") if any excess proceeds are received. Should Movant seek to file any unsecured deficiency claim, Movant shall do so no later than 90 days after this Order is entered. If the Collateral has not been liquidated, the deficiency claim is to be estimated.

###

SUBMITTED BY:

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

COPIES TO:

Tammy Geiger Lavalette, Debtors' Counsel, at @ (VIA ECF MAIL)

Elizabeth A. Vaughan, Trustee, at 13ECFNotices@chapter13toledo.com (VIA ECF MAIL)

Office of the U.S. Trustee, at (registeredaddress)@usdoj.gov (VIA ECF MAIL)

Phillip T. Thomas, Debtor, 4420 Weldwood Lane, Sylvania, OH 43560 (VIA U.S. MAIL)

Betty J. Thomas, Debtor, 4420 Weldwood Lane, Sylvania, OH 43560 (VIA U.S. MAIL)