**Fill in this information to identify the case:**

Debtor 1 ___Phillip Thomas___

Debtor 2 ___Betty J. Thomas___
(Spouse, if filing)

United States Bankruptcy Court for the: ___Toledo___ District of ___Ohio___
(State)

Case number ___18-32733-maw___

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES IV TRUST

**Court claim no.** (if known): 15

**Last 4 digits** of any number you use to identify the debtor's account: 9300 ____ ____ ____

**Date of payment change:**
Must be at least 21 days after date of this notice
12 /01 /2019

**New total payment:**
Principal, interest, and escrow, if any
$ 793.30

---

**Part 1:** Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment: $ _____    New escrow payment: $ 310.74

---

**Part 2:** Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

---

**Part 3:** Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

---

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Michelle R. Ghidotti-Gonsalves        Date   11 / 10 / 2019

Signature

Print:    Michelle R. Ghidotti-Gonsalves        Title   AUTHORIZED AGENT

       First Name     Middle Name     Last Name

Company    Ghidotti Berger LLP

Address    1920 Old Tustin Ave

       Number       Street

       Santa Ana, CA 92705

       City                State      ZIP Code

Contact phone   ( 949 ) 427 – 2010        Email   BKNOTIFICATIONS@GHIDOTTIBERGER.COM



314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
800-327-7861
814-260-4159 Fax
www.bsifinancial.com

**BSI Financial Services**

603004_1461619300_000_20191101_0000

BETTY J THOMAS
4420 WELDWOOD LN
SYLVANIA          OH 43560

YOUR LOAN NUMBER:

DATE: 11/01/19

```
         *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING    09/19 THROUGH    08/20.
------- ANTICIPATED PAYMENTS FROM ESCROW -    09/19 THROUGH    08/20 -------
            HOMEOWNERS F/P                 1721.36
            COUNTY TAX                     2007.56

        TOTAL PAYMENTS FROM ESCROW        3728.92

        MONTHLY PAYMENT TO ESCROW          310.74 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY -    09/19 THROUGH    08/20--------
        -ANTICIPATED PAYMENTS-              -- ESCROW BALANCE COMPARISON --
MONTH  TO ESCROW  FROM ESCROW  DESCRIPTION     ANTICIPATED      REQUIRED
                  ACTUAL STARTING BALANCE        1555.53         621.52
SEP 19   310.74                                 1866.27         932.26
OCT 19   310.74                                 2177.01        1243.00
NOV 19   310.74                                 2487.75        1553.74
DEC 19   310.74    1003.78    COUNTY TAX         1794.71         860.70
JAN 20   310.74                                 2105.45        1171.44
FEB 20   310.74                                 2416.19        1482.18
MAR 20   310.74                                 2726.93        1792.92
APR 20   310.74                                 3037.67        2103.66
MAY 20   310.74                                 3348.41        2414.40
JUN 20   310.74    1003.78    COUNTY TAX         2655.37        1721.36
JUL 20   310.74                                 2966.11        2032.10
AUG 20   310.74    1721.36    HOMEOWNERS F ALP   1555.49  RLP    621.48

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS        0.00.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS      934.01.
```

```
----------------- CALCULATION OF YOUR NEW PAYMENT AMOUNT -----------------
            PRINCIPAL & INTEREST                        482.56
            ESCROW (1/12TH OF ANNUAL ANTICIPATED        310.74
              DISBURSEMENTS AS COMPUTED ABOVE)
            PLUS: OPTIONAL INSURANCE PREMIUMS             0.00
            PLUS: REPLACEMENT RESERVE OR FHA SVC CHG      0.00
            PLUS: SHORTAGE PAYMENT                        0.00
            MINUS: SURPLUS CREDIT                         0.00
            ROUNDING ADJUSTMENT                           0.00
            MINUS: BUYDOWN/ASSISTANCE PAYMENTS            0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 09/01/19      793.30
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      621.48.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS      621.48.


YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
04/17    261.37      05/17      261.37      06/17      7155.73    *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00    0.00                   00/00      0.00
00/00    0.00                   00/00      0.00
00/00    0.00                   00/00      0.00


FOR THE PURPOSES OF THIS ESCROW ANALYSIS, ADJUSTMENTS TO THE ESCROW
BALANCE AND/OR ESCROW DATA WERE COMPLETED PENDING INFORMATION FROM
YOU.  PLEASE FORWARD APPROPRIATE INFORMATION TO OUR OFFICE IMMEDIATELY.

Licensed as Servis One, Inc. dba BSI Financial Services.

BSI Financial Services NMLS # 38078.  Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a
discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that
obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand
for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such
bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

Page 2

1  Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
2  Kristin A. Zilberstein (SBN 200041)
   GHIDOTTI | BERGER, LLP
3  1920 Old Tustin Ave.
   Santa Ana, CA 92705
4  Ph: (949) 427-2010
   Fax: (949) 427-2732
5  kzilberstein@ghidottiberger.com

6
   Authorized Agent for Creditor
7  U.S. BANK TRUST NATIONAL
   ASSOCIATION, AS TRUSTEE OF THE
8  LODGE SERIES IV TRUST

9              UNITED STATES BANKRUPTCY COURT

10            NORTHERN DISTRICT OF OHIO (TOLEDO)

11
   In Re:                              )   CASE NO.:  18-32733-maw
12                                      )
   Phillip T. Thomas and Betty J. Thomas,  )   CHAPTER 13
13                                      )
14        Debtors.                      )   **CERTIFICATE OF SERVICE**
                                        )
15                                      )
                                        )
16                                      )
                                        )
17                                      )
                                        )
18                                      )
                                        )
19  _____ )

20
21              <u>**CERTIFICATE OF SERVICE**</u>

22
        I am employed in the County of Orange, State of California.  I am over the age of
23
    eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave.,
24
25  Santa Ana, CA 92705.

26      I am readily familiar with the business's practice for collection and processing of
27  correspondence for mailing with the United States Postal Service; such correspondence would
28  be deposited with the United States Postal Service the same day of deposit in the ordinary

    course of business.

                                      1
                            CERTIFICATE OF SERVICE

On November 10, 2019 I served the following documents described as:

- **NOTICE OF MORTGAGE PAYMENT CHANGE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed

envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Debtor's Counsel** |
|---|---|
| Phillip T. Thomas | Tammy Geiger Lavalette |
| 4420 Weldwood Lane | Collier Law Group LLP |
| Sylvania, OH 43560 | 7110 West Central Avenue, Suite C |
|  | Toledo, OH 43617 |
| **Debtor** |  |
| Betty J. Thomas | **Debtor's Counsel** |
| 4420 Weldwood Lane | H. Buswell Roberts |
| Sylvania, OH 43560 | 200 County Club Drive SW Suite B1 |
|  | Blacksburg, VA 24060 |

_ xx ___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__ xx _(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on November 10, 2019 at Santa Ana, California

_/s / Lizeth Mendoza_
Lizeth Mendoza

2

CERTIFICATE OF SERVICE